IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE AMERICAN MEDICAL ASSOCIATION,
AMERICAN HOSPITAL ASSOCIATION, *et
al.*,

      Plaintiffs,

        v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, *et al.*

      Defendants.

Civil Action No. 1:21-cv-03231

**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF HOSPITAL
ASSOCIATIONS IN SUPPORT OF PLAINTIFFS**

*Amici Curiae* the Federation of American Hospitals, America's Essential Hospitals,

Association of American Medical Colleges, Catholic Health Association of the United States,

and Children's Hospitals of America ("*Amici*") respectfully move for leave to file the attached

brief of *Amici Curiae* ("*amici* brief") in support of the Plaintiffs' Complaint and Motion for Stay

Pending Judicial Review, or in the Alternative for Summary Judgment.

Pursuant to Local Civil Rules 7(m) and 7(o), undersigned counsel contacted counsel for

the parties concerning the proposed *amici* brief.  Plaintiffs support the filing of the *amici* brief,

and Defendants consent to the filing of the *amici* brief provided it complies with the Local Rules

and is submitted within seven days of Plaintiffs' principal brief.

1.      *Amici*'s Interest

*Amici* are five national associations representing hospitals and health care systems in the

United States.

The Federation of American Hospitals is the national representative of more than 1,000

leading tax-paying hospitals and health systems throughout the United States.  Its members

include teaching and non-teaching, acute, inpatient rehabilitation, behavioral health, and long-term care hospitals.  They provide a wide range of acute, post-acute, emergency, children's, cancer care, and ambulatory services.  These tax-paying hospitals account for nearly 20 percent of U.S. hospitals and serve their communities proudly while providing high-quality, affordable health care to their patients.  Dedicated to a market-based philosophy, the Federation provides representation and advocacy on behalf of its members to Congress, the Executive Branch, the judiciary, media, academia, accrediting organizations, and the public.

The Association of American Medical Colleges ("AAMC") is a nonprofit association representing all 155 accredited U.S. medical schools; approximately 400 teaching hospitals and health systems; and more than 70 academic societies.  Through these institutions and organizations, the AAMC leads and serves America's medical schools and teaching hospitals and the millions of individuals employed across academic medicine, including more than 186,000 faculty members, 94,000 medical students, 145,000 resident physicians, and 60,000 graduate students and postdoctoral researchers in the biomedical sciences.  These teaching hospitals and physicians deliver care to the most complex and vulnerable patient populations, many of whom require highly specialized care which often is not available elsewhere.

America's Essential Hospitals is a champion for hospitals and health systems dedicated to high-quality care for all, including the most vulnerable.  Filling a vital role in their communities, its more than 300 member hospitals provide a disproportionate share of the nation's uncompensated care, and three-quarters of their patients are uninsured or covered by Medicare or Medicaid.  Member hospitals provide state-of-the-art, patient-centered care while operating on thin margins—2.9 percent on average.  Essential hospitals are committed to serving all people, regardless of income or insurance status.  Their patients face sociodemographic challenges to accessing health care, including poverty, homelessness, language barriers, and low health

literacy.  These circumstances compound essential hospitals' challenges and strain their

resources, requiring flexibility to ensure they are not unfairly disadvantaged for serving

marginalized patients and can continue to provide vital services in their communities.

The Catholic Health Association of the United States ("CHA") is the national leadership

organization of the Catholic health ministry, representing the largest not-for-profit provider of

health care services in the nation.  The Catholic health ministry is comprised of more than 2,200

Catholic health care systems, hospitals, long-term care facilities, service providers and

organizations.  Its member hospitals include critical access hospitals, trauma centers, hospitals

with violence prevention programs, hospitals providing palliative care, and hospitals with

obstetric services.  Almost 30 percent of those hospitals are in rural areas.  The goal of CHA is to

assist Catholic providers in providing care for peoples and communities across the United States,

with special attention to those who are poor, underserved, and most vulnerable.

The Children's Hospital Association is the national voice of children's hospitals,

representing more than 220 children's hospitals dedicated to the health and well-being of our

nation's children. Children's hospitals advance child health through innovations in the quality,

cost and delivery of care—regardless of payer—and serve as a vital safety net for uninsured,

underinsured and publicly insured children. Children's hospitals are regional centers for

children's health, providing highly specialized pediatric care across large geographic areas and

facilitating national collaborative and research efforts to benefit the nation's children.

*Amici*'s members are directly impacted by the nation's healthcare laws, including those

that impact or jeopardize their relationships with private health plans and health insurers.

### 2.     *Amici***'s Input is Highly Relevant and Unique**

During the two years that Congress negotiated surprise billing legislation, *Amici* provided

feedback to Congress expressing their support for protecting patients from surprise bills.  But

they also cautioned against proposals to establish a fixed reimbursement methodology or benchmark for out-of-network services because those approaches would have predictable and harmful consequences for patients, providers, and the health care system.[1]  Consistent with *Amici*'s suggestions, Congress struck a careful balance that takes patients out of the middle of payment disputes and preserves incentives for providers and insurers to negotiate rates for out-of-network care.  To accomplish this latter goal, Congress established a neutral, "baseball" style Independent Dispute Resolution ("IDR") process that requires consideration of statutorily specified circumstances and information.[2]

    *Amici* are deeply concerned that the Defendants' interim final rules override Congress's deliberate legislative policy choice, by giving the insurer's median contracted rate (known as the qualifying payment amount, "QPA") presumptive weight in the IDR process.  *See* Requirements Related to Surprise Billing; Part II, 86 Fed. Reg. 55,980 (Oct. 7, 2021) ("Rules").  As such, the Rules create a *de facto* rate-setting mechanism that will leave insurers with little incentive to negotiate fair out-of-network payments or fair in-network contracts.  This unintended bargaining leverage will cause serious harms, including narrower networks that diminish patient choice and access to care.

---

[1] *See, e.g.,* Charles N. Kahn III, Ltr. to Hon Frank Pallone, Jr. and Hon. Greg Walden, Federation of American Hospitals, 2 (May 28, 2019), *at* https://www.fah.org/wp-content/uploads/2020/07/EC_Surprise_Billing_Discussion_Draft_-_FAH_Response.pdf; Association of American Medical Colleges, Ltr. to the Hon. Lamar Alexander and Hon. Patty Murray, 3 (June 7, 2019), *at* https://www.aamc.org/media/13911/download?attachment; *Lower Health Care Costs Act, Before the S. Comm. on Health, Education, Labor and Pensions*, 116th Cong. 1 (2019) (Statement of the Children's Hospital Association); Sister Mary Haddad, RSM, Legislation to Address "Surprise" Medical Billing, Catholic Health Association of the United, 1, *at* https://www.chausa.org/docs/default-source/media-resources/cha-statement-on-surprise-billing-12-10-19.pdf?sfvrsn=0 (last accessed Dec. 15, 2015); Beth Feldpush, DrPH, Statement on Ways and Means Surprise Billing Proposal, America's Essential Hospitals (Feb. 11, 2020), *at* https://essentialhospitals.org/general/statement-ways-means-surprise-billing-proposal/.

[2] Consolidated Appropriations Act, 2021, H.R. 133, 116th Cong. Title I, § 103 (2019-2020) (enacted) (codified at 42 U.S.C. § 300gg-111(c)(5)(C)(i) & (ii)).

-5-

*Amici* have invaluable input for the Court because their member hospitals are the ones who will be most impacted by these harmful effects, as they provide highly specialized care to patients with complex conditions and safety-net care to the most vulnerable, the full costs of which will never be accounted for in the QPA.  For example, children's hospitals provide vital, specialized, pediatric care across large and varied geographic areas; they disproportionately serve seriously ill children with complex needs and incur higher costs in providing care.  Similarly, safety net hospitals and academic medical centers provide their communities with highly specialized care that is often unavailable at other institutions, such as trauma centers, burn units, and neonatal services.  Their patients typically have conditions that are more serious and medically complex, and they often cannot access care elsewhere.

Moreover, *Amici* will provide a helpful analysis of the No Surprises Act's legislative history for the Court's consideration when evaluating Congress' intent with respect to the IDR methodology.  *Amici* and their members were heavily involved during the lengthy legislative process.  Thus, they are well positioned to demonstrate that the QPA presumption in the Rules, in fact, overrides the careful policy choices made during that process and set forth in the No Surprises Act, as enacted.

As explained fully in the accompanying *amici* brief, *Amici* support Plaintiffs' request that the Court stay the portion of the Rules that makes the QPA the presumptive payment amount in the IDR process.  Instead, the IDR entity should be required to consider all the circumstances that impact the cost of out-of-network care, as Congress intended in the No Surprises Act.

3.       **Conclusion**

For the foregoing reasons, *Amici* respectfully request the Court grant leave to file the

attached *amici* brief.  A proposed order is filed herewith.


Dated:  December 15, 2021

<div style="margin-left: 50%;">

/s/ Katrina A. Pagonis
_____

HOOPER, LUNDY & BOOKMAN, P.C.
Katrina A. Pagonis (Cal. Bar No. 262890)
101 Montgomery Street
11th Floor
San Francisco, CA 94104
Tel: (415) 875-8500
Fax: (415) 875-8519
kpagonis@health-law.com

Sven C. Collins (Colo. Bar No. 30890)
999 18th Street
Suite 3000
Denver, CO 80202
Tel.: (720) 687-2850
Fax: (202) 580-7719
scollins@health-law.com

*Counsel for Amici Curiae*

</div>