UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 1:21-cv-03231-RJL |

**DECLARATION OF ERIC D. CHAN DO IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

I, Eric D. Chan, hereby declare as follows:

1. My full name is Eric David Chan.

2. I am a partner at the law firm of Athene Law, LLP, with a business address of 10866 Washington Blvd. #142, Culver City, CA 90232. My telephone number is 310-913-4013.

3. I am a member in good standing of the California State Bar. I have also been admitted to practice in the United States District Court for the Northern District of California. Further, I have been admitted to practice in United States District Court for the Central District of California and have been admitted pro hac vice before the United States District Court for Eastern District of Texas.

4. I have not been disciplined by any state or federal bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to practice pro hac vice in the United States District Court for the District of Columbia in the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 29th day of December, 2021, in Culver City, California.

Respectfully submitted,

Eric D. Chan
eric@athenelaw.com
ATHENE LAW, LLP
10866 Washington Blvd., #142
Culver City, California 90232
Tel: (310) 913-4013
Fax: (844) 619-8022

*Attorneys for Amici Curiae Applicants Physicians Advocacy Institute; California Medical Association; Connecticut State Medical Society; Medical Association of Georgia; Kentucky Medical Association; Massachusetts Medical Society; Nebraska Medical Association; Medical Society of New Jersey; Medical Society of the State of New York; North Carolina Medical Society; Oregon Medical Association; South Carolina Medical Association; Tennessee Medical Association; Washington State Medical Association; and American Association of Neurological Surgeons/Congress of Neurological Surgeons*