IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MEDICAL ASSOCIATION, AMERICAN HOSPITAL ASSOCIATION, RENOWN HEALTH, UMASS MEMORIAL HEALTH CARE, INC., STUART S. SQUIRES, M.D., and VICTOR F. KUBIT, M.D., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, <br><br> *Defendants*. | Case No. 1:21-cv-03231-RJL |

## NOTICE OF APPEARANCE

**To: The clerk of court and all parties of record:**

I, Scott L. Shuchart, am admitted or otherwise authorized to practice in this court, and I appear in this case as movant pursuant to LCvR 83.2 for the admission pro hac vice of Long X. Do and Eric D. Chan, to appear as counsel for amicus curiae applicants Physicians Advocacy Institute, American Ass'n of Neurological Surgeons, Congress of Neurological Surgeons, American Academy of Otolaryngology-Head and Neck Surgery, American Association of Orthopaedic Surgeons, American College of Surgeons, American Osteopathic Association, American Society of Hematology, American Society of Plastic Surgeons, North American Spine Society, California Medical Ass'n, Connecticut State Medical Soc., Medical Ass'n of Georgia, Illinois State Medical Soc., Kentucky Medical Ass'n, Massachusetts Medical Soc., Michigan

State Medical Soc., Nebraska Medical Ass'n, Medical Soc. of New Jersey, Medical Soc. of the State of New York, North Carolina Medical Soc., Oregon Medical Ass'n, South Carolina Medical Ass'n, Tennessee Medical Ass'n, Texas Medical Ass'n, and Washington State Medical Ass'n.

| | |
|---|---|
| Dated:  January 5, 2022 | Respectfully submitted, |
| |   /s/ Scott L. Shuchart |
| | Scott L. Shuchart (DC Bar No. 1531377) |
| | scott.shuchart@gmail.com |
| | 1201 L St NW Fl 2 |
| | Washington, DC, 20005-4019 |
| | Tel: (202) 318-0595 |