# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN MEDICAL ASSOCIATION, AMERICAN HOSPITAL ASSOCIATION, RENOWN HEALTH, UMASS MEMORIAL HEALTH CARE, INC., STUART S. SQUIRES, M.D., and VICTOR F. KUBIT, M.D., | ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:21-cv-03231-RJL |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEPARTMENT OF LABOR, DEPARTMENT OF THE TREASURY, OFFICE OF PERSONNEL MANAGEMENT, and the CURRENT HEADS OF THOSE AGENCIES IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

## NOTICE OF APPEARANCE

**To the Clerk of Court and all parties of record:**

I, Eric D. Chan, upon admission pro hac vice by the Court, am appearing in the above-captioned case as counsel for amicus curiae applicants Physicians Advocacy Institute, American Association of Neurological Surgeons, Congress of Neurological Surgeons, American Academy of Otolaryngology-Head and Neck Surgery, American Association of Orthopaedic Surgeons, American College of Surgeons, American Osteopathic Association, American Society of Hematology, American Society of Plastic Surgeons, North American Spine Society, California Medical Association, Connecticut State Medical Society, Medical Association of Georgia, Illinois State Medical Society, Kentucky Medical Association, Massachusetts Medical Society, Michigan State Medical Society, Nebraska Medical Association, Medical Society of New Jersey,

Medical Society of the State of New York, North Carolina Medical Society, Oregon Medical Association, South Carolina Medical Association, Tennessee Medical Association, Texas Medical Association, and Washington State Medical Association.

| | |
|---|---|
| Dated:  January 7, 2022 | Respectfully submitted, |

   /s/ Eric D. Chan
Eric D. Chan (CA bar 253082) (*pro hac vice*)
eric@athenelaw.com
ATHENE LAW, LLP
5432 Geary Blvd. #200
San Francisco, California 94121
Tel: (415) 680-7419
Fax: (844) 619-8022