AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Medical Association, et al.<br>*Plaintiff*<br>v.<br>U.S. Department of Health and Human Services, et al.<br>*Defendant* | )<br>)<br>)  Case No. 1:21-cv-03231-RJL<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae College of American Pathologists.

Date: 01/10/2022

/s/ Jaime L.M. Jones
*Attorney's signature*

Jaime L.M. Jones (#6275573)
*Printed name and bar number*

One South Dearborn
Chicago, IL
60603
*Address*

jaime.jones@sidley.com
*E-mail address*

(312) 853-0751
*Telephone number*

(312) 303-3815
*FAX number*