AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) | |
|---|---|---|
| American Medical Association, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03231-RJL |
| U.S. Department of Health & Human Services, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

*Amici Curiae* the Federation of American Hospitals, America's Essential Hospitals, Association of American Medical Colleges, Catholic Health Association of the United States, and Children's Hospitals of America.

Date: 01/12/2022

/s/ Sven C. Collins
*Attorney's signature*

Sven C. Collins (Bar No. CO0093)
*Printed name and bar number*

Hooper, Lundy & Bookman, P.C.
999 18th Street, Suite 3000
Denver, CO 80202
*Address*

scollins@health-law.com
*E-mail address*

(720) 687-2852
*Telephone number*

(202) 580-7719
*FAX number*