AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| American Medical Association et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-03231-RJL |
| U.S. Dep't of Health & Human Services et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: The Leukemia & Lymphoma Society, Arthritis Foundation, Cancer Support Community, Epilepsy Foundation, Every Texan, Families USA Action, Family Voices, Hemophilia Federation of America, The Mended Hearts, Inc., National Multiple Sclerosis Society, National Patient Advocate Foundation, and the United States Public Interest Research Group, Inc.

Date: 01/31/2022

/s/ Joseph Wardenski
*Attorney's signature*

Joseph Wardenski (DC Bar No. 995549)
*Printed name and bar number*

WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201
*Address*

joe@wardenskilaw.com
*E-mail address*

(347) 913-3311
*Telephone number*

*FAX number*